**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1353**

ROBERT LEE DORSEY,

Plaintiff - Appellant,

versus

NEW HANOVER COUNTY, BOARD OF EDUCATION; NEW
HANOVER COUNTY SCHOOL DISTRICT; JOHN MORRIS,
JR., Superintendent; GEORGE W. HANCE, JR.,
Assistant Superintendent; SAFFO CONTRACTORS,
INCORPORATED; NICOLAS A. SAFFO; PETE VINSON;
WILEY ELLER, SR.; DOES AND ROES 1-25,

Defendants - Appellees.

Appeal from the United States District Court for the District of
North Carolina, at Wilmington.  James C. Fox, Senior District
Judge.  (CA-01-187-7-F(1))

Submitted:  November 19, 2002        Decided:  December 16, 2002

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Dorsey, Appellant Pro Se.  Wayne Albert Bullard, Stacey
Leigh Fuller, HOGUE, HILL, JONES, NASH & LYNCH, Wilmington, North
Carolina; Ann S. Estridge, CRANFILL, SUMNER & HARTZOG, L.L.P.,
Raleigh, North Carolina; Robert White Johnson, Anna Johnson
Averitt, JOHNSON & LAMBETH, Wilmington, North Carolina; Kenneth
Alexander Soo, Kara L. Grice, THARRINGTON SMITH, L.L.P., Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Lee Dorsey appeals the district court's order dismissing his complaint for failure to respond to Defendants' motions to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Dorsey v. New Hanover County, Bd. of Educ.</u>, No. CA-01-187-7-F(1) (E.D.N.C. Feb. 22, 2002). Based on this court's informal briefing order of July 30, 2002, and Dorsey's compliance with that order, we deny Appellees' motion to dismiss for want of prosecution. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED